## CHOATE *et al.* v. TRAPP, *Secretary of the State Board of Equalization.*

### No. 1856. Opinion Filed March 21, 1911.

#### (114 Pac. 709.)

**TAXATION—Property Subject—Lands of Indians.** Section 4 of an act of Congress of May 27, 1908, c. 199, 35 Stat. 312, 313, entitled "An act for the removal of restrictions from part of the lands of allottees of the Five Civilized Tribes. and for other purposes," is valid, and under and by virtue thereof the lands of all allottees of the Five Civilized Tribes' of Indians from which restrictions have been or shall.be removed, are subject to taxation under the general laws of the state equally with the property of all persons.

(Syllabus by the Court.)

Kane J., dissenting.

*Error from Superior Court, Logan County; J. M. Sandlin, Judge.*

Action by George W. Choate and others against M. E. Trapp, Secretary of the State Board of Equalization. Judgment for defendant, and plaintiffs bring error. Affirmed.

*J. F. McMurray* and *W. A. Ledbetter,* for plaintiffs in error.

*Charles West,* Atty. Gen., and *Charles L. Moore,* Asst. Atty. Gen., for defendant in error.

DUNN, J. This case presents error from the superior court of Logan county.

The action is joined in by some 9,000 parties plaintiff, members and allottees of the Choctaw and Chickasaw Tribes of Indians, who are now resident citizens of the state of Oklahoma, each claiming to be a separate owner in fee simple of certain allotted lands held in severalty throughout a number of the different counties of the state. The issues presented are identical in all respects with those in the case of *Gleason v. Wood, ante,* 114 Pac. 703, and the opinion of the court in that case is adopted and promulgated as the opinion in this one.

The judgment of the trial court sustaining a demurrer to the petition is accordingly affirmed.

TURNER, C. J., and HAYES and WILLIAMS, JJ., concur; KANE, J., dissents.